UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CASE NO. 1:17-po-0041-KLL |
| Plaintiff, | : | |
| | : | MOTION TO DISMISS |
| v. | : | |
| | : | |
| TERRI L. HARRISON, | : | |
| Defendant. | : | |

*Granted.*
*Karen L. Litkovitz*
*2/7/18*

The United States moves to dismiss the above-captioned case.

Respectfully submitted,

BENJAMIN C. GLASSMAN
United States Attorney

s/ *Timothy A. Landry*
TIMOTHY A. LANDRY
Special Assistant United States Attorney
221 East Fourth Street, Suite 400
Cincinnati, Ohio 45202
Office: (513) 684-3711